131 F.3d 157
 Willie J. Dunn
v.
Bessemer State Technical College, Mattie H. Ray, Member,
Screening Committee, W. Michael Bailey, President of
Bessemer State Technical College, Fob James, Governor,
Member of Board of Trustees, Ethel Hall, Member of State
Board of Education Representing the District, Ron Moon,
Human Resources Officer, Fred Gainous, Chancellor of
Postsecondary Education
 NO. 96-7095
 United States Court of Appeals,
Eleventh Circuit.
 Nov 21, 1997
 N.D.Ala., 124 F.3d 1300
 
 1
 DENIALS OF REHEARING EN BANC.